## United States Bankruptcy Court
### Northern District of Illinois, Eastern Division

| | | |
|---|---|---|
| IN RE:  Dwayne R Washington | ) | Chapter 13 |
| | ) | Case No. 17 B 23933 |
| Debtor(s) | ) | Judge LaShonda A. Hunt |

## Notice of Motion

Dwayne R Washington  
1301 W 76th St Apt 2  
Chicago, IL  60620

Debtor Attorney: David M Siegel  
via Clerk's ECF noticing procedures

On August 26, 2019 at 9:00 am, I will appear at the location listed to the right, and present this motion.

> Dirksen Federal Building
> 219 South Dearborn
> Courtroom 719
> Chicago, IL  60604

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail or by the methods indicated on or before Wednesday, August 7, 2019.

/s/ MARILYN O. MARSHALL  
MARILYN O. MARSHALL, TRUSTEE

## Motion to Dismiss Case for Failure to Make Plan Payments

Comes now Marilyn O. Marshall, Standing Trustee, and requests that this case be dismissed, pursuant to 11 U.S.C. §1307 [c] [6], stating:

On August 10, 2017, the debtor filed a petition under Chapter 13 of the Bankruptcy Code which was confirmed by the Court on December 04, 2017, for a term of 36 months with payments of $150.00.

| The status of the debtor's plan is: | Current Month | Cash Due | Cash Received | Payment Default |
|---|---|---|---|---|
| | 24 | $3,450.00 | $3,000.00 | $450.00 |

A summary of the 12 most recent receipt items is set forth below:

Report Date: 08/06/2019  
Due Each Month: $150.00  
Next Pymt Due: 08/09/2019

| Date | Ref Num | Amount | Date | Ref Num | Amount |
|---|---|---|---|---|---|
| 09/21/2017 | 2040030466 | $150.00 | 11/15/2017 | 4443280000 | $150.00 |
| 02/09/2018 | 126314 | $450.00 | 05/02/2018 | 258095 | $450.00 |
| 07/23/2018 | 719981 | $300.00 | 10/22/2018 | 724150 | $450.00 |
| 12/12/2018 | 725674 | $300.00 | 03/11/2019 | 730601 | $450.00 |
| 06/11/2019 | 280023 | $300.00 | | | |

WHEREFORE, the Trustee prays that this case be dismissed, and for any and all other relief this court deems just and proper.

Office of the Chapter 13 Trustee  
224 S Michigan Ave  
Ste 800  
Chicago, IL  60604  
(312)431-1300

/s/ MARILYN O. MARSHALL  
MARILYN O. MARSHALL, TRUSTEE