# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | 17-23933 |
| | ) | |
| DWAYNE WASHINGTON, | ) | Chapter 13 |
| | ) | |
| Debtor(s). | ) | Hon. Judge CLEARY |

## NOTICE OF MOTION

TO: See attached list

    PLEASE TAKE NOTICE that on September 21, 2020, I will appear before the Honorable Judge Cleary, or any judge sitting in that judge's place, and present Debtor's Motion to Modify Plan, a copy of which is attached.

    This motion will be presented and heard telephonically. No personal appearance in court is necessary or permitted. To appear and be heard telephonically on the motion, you must set up and use an account with Court Solutions, LLC. You can set up an account at www.CourtSolutions.com or by calling Court Solutions at (917) 746-7476.

    If you object to this motion and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

                                                    Movant: Dwayne Washington
                                                    By: Michael R. Colter, II
                                                    David M. Siegel & Assoc., LLC
                                                    790 Chaddick Drive
                                                    Wheeling, IL 60090
                                                    (847) 520-8100
                                                    mcolter@davidmsiegel.com

## CERTIFICATE OF SERVICE

    I, Michael R. Colter, II, certify that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method indicated on the list on August 27, 2020, before 5:30 p.m.

*To the following persons or entities who have been served via electronic mail:*
U.S. Bankruptcy Trustee: USTPRegion11.ES.ECF@usdoj.gov
Marilyn O. Marshall, Trustee: clecall@chi13.com

*To the following persons or entities who have been served via U.S. Mail:*

Dwayne Washington
1301 W. 76th Street, Apt. 2
Chicago, IL 60620-3765

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

7022 Limited
7022 Southshore Drive
Chicago, IL 60649-2248

Advocate Medical Group
Attn: Bankruptcy Dept.
PO Box 92523
Chicago, IL 60675-2523

AES/Education Services
PO Box 61047
Harrisburg, PA 17106-1047

Alphera Financial Serv
5550 Britton Parkway
Hilliard, OH 43026-7456

BMW Financial Services
PO Box 3608
Dublin, OH 43016-0306

Becket & Lee, LLP
PO Box 3001
Malvern, PA 19355-0701

Cavalry
PO Box 520
Valhalla, NY 10595-0520

City of Chicago Parking
121 N. LaSalle Street, Room 107A
Chicago, IL 60602-1232

Comcast
Bankruptcy Department
11621 E. Marginal Way 5
Tukwila, WA 98168-1965

Credit First
6275 Eastland Road
Brook Park, OH 44142-1399

Credit One
Bankruptcy Department
PO Box 98873
Las Vegas, NV 89193-8873

Creditors Bankruptcy Service
PO BOX 800849
DALLAS TX 75380-0849

Fed Loan Services
PO Box 60610
Harrisburg, PA 17106-0610

First Premier Bank
Bankruptcy Department
PO Box 5523
Sioux Falls, SD 57117-5523

Home at Five
1112 7th Ave
Monroe, WI 53566-1364

IL Student Asst. Co.
1755 Lake Cook Road, #K6
Deerfield, IL 60015-5209

Illinois Collection Service/ICS
PO Box 1010
Tinley Park, IL 60477-9110

Jefferson Capital Systems, LLC
PO Box 7999
Saint Cloud, MN 56302-7999

Kohls/Chase(Kohl's Department Store)
Attn: Bankruptcy Department
N54W 17000 Ridgewood Drive
Menomonee Falls, WI 53051

LVNF Funding
625 Pilot Road, Suite 213
Las Vegas, NV 89119-4485

Little Company of Mary Hospital
2800 W. 95th Street
Evergreen Park, IL 60805-2795

Continental Finance Company, LLC
PO Box 8099
Newark, DE 19714-8099

Mason
P.O. Box 2808
Monroe, WI 53566-8008

Merchants Credit Guide Co
PO Box 1259
Oaks, PA 19456-1259

Midland Fund
8875 Aero Dr., Ste. 200
San Diego, CA 92123-2255

Radiology Imaging Specialists
39645 Treasury Center
Chicago, IL 60694-9000

Stoneberry
Creditors Bankruptcy Service
PO Box 740933
Dallas, TX 75374-0933

Wells Fargo
Bankruptcy Department
4137 121st Street
Urbandale, IA 50323-2310

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | 17-23933 |
| | ) | |
| DWAYNE WASHINGTON, | ) | Chapter 13 |
| | ) | |
| Debtor(s). | ) | Hon. Judge CLEARY |

### MOTION TO MODIFY PLAN

NOW COMES the Debtor, **Dwayne Washington**, by and through his attorneys, David M. Siegel & Associates, LLC, to present this Motion, and in support thereof states as follows:

1) This Court has jurisdiction pursuant to 28 U.S.C. § 1334 and Internal Operating Procedure 15(a) of the U.S. District Court for the Northern District of Illinois.

2) On August 10, 2017, Debtor filed a voluntary petition for relief under Chapter 13 of Title 11 USC and Tom Vaughn was appointed Trustee in his case.

3) Debtor's Plan was confirmed on December 4, 2017. The confirmed plan requires monthly payments of $150.00, with general unsecured creditors receiving no less than 10% of their allowed claims.

4) Debtor's confirmed plan allows the Debtor to retain the first $1,200.00 of their refund.

5) Debtor received a 2019 federal income tax refund of $1,951.00.

6) Debtor had substantial repairs done on to his 2012 Chevrolet Malibu, which cost the Debtor $725.97 (Exhibit A).

7) Debtor seeks to modify his plan under 11 USC § 1329 to retain the non-exempt portion of the tax refund which amounts to $725.97.

8) The vast majority of the general unsecured debt in Debtor's plan is student loan and will not be discharged.

9)     Debtor seeks this relief without any intent to defraud his creditors. Rather, Debtor has a very limited amount of income and relies on his income tax refunds to cover major, non-ordinary expenses like vehicle repairs.

WHEREFORE, the Debtor, **Dwayne Washington**, prays that this Honorable Court enter an Order Modifying Debtor's Chapter 13 Plan and for other such relief as the Court deems fair and proper.

Respectfully Submitted,

/s/ Michael R. Colter, II
Michael R. Colter, II, A.R.D.C. #6304675
Attorney for the Debtor