UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| In Re: | ) | BK No.: 17-23933 |
| --- | --- | --- |
| DWAYNE WASHINGTON | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable David D. Cleary |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

### ORDER GRANTING MOTION TO MODIFY PLAN

THIS MATTER coming to be heard on the motion of the Debtor, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notices having been given to the parties entitled thereto:

It is hereby ORDERED:

1) Debtor's Motion to Modify is granted.

2) Debtor's 2019 federal tax refund obligation will be deferred until the end of his Chapter 13 Plan.

Enter: *David D. Cleary* (signature)

Honorable David D. Cleary
United States Bankruptcy Judge

Dated: September 21, 2020

**Prepared by:**

Robert C. Bansfield Jr., A.R.D.C. #6329415
David M. Siegel & Assoc., LLC
790 Chaddick Drive
Wheeling, IL 60090
(847) 520-8100
rbansfield@davidmsiegel.com