UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 17-23933 |
| DWAYNE WASHINGTON, | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable David D. Cleary |
| | ) | |
| Debtor(s) | ) | |

**ORDER GRANTING DEBTOR'S MOTION TO INCUR DEBT**

THIS MATTER coming to be heard on the motion of the Debtor, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notice having been given to the parties entitled thereto:

It is hereby ORDERED that:

1) The Debtor is granted leave to enter into a loan with the U.S. Small Business Administration with the following terms: loan amount of $19,500.00; repaid over a period of 30 years; an interest rate of 3.75%; and monthly payments of $96.00.

Enter:

*David D. Cleary* (signature)

Honorable David D. Cleary
United States Bankruptcy Judge

Dated: October 05, 2020

**Prepared by:**

Michael R. Colter, II
David M. Siegel & Assoc., LLC
790 Chaddick Drive
Wheeling, IL 60090
(847) 520-8100
mcolter@davidmsiegel.com