# UNITED STATES BANKRUPTCY COURT NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

|                              |   |                        |
|------------------------------|---|------------------------|
| **In Re: Dwayne Washington** | ) | 17-23933               |
| Debtor(s)                    | ) | **Judge David D. Cleary** |

## *Notice of Objection*

The Trustee objects to Debtor's Motion to Incur Credit

                Marilyn O. Marshall,
                Standing Trustee

                /s/ Yanick Polycarpe
                By: Yanick Polycarpe

Office of the Chapter 13 Trustee
Marilyn O. Marshall
224 South Michigan
Suite 800
Chicago, IL 60604
(312) 431-6532