UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) BK No.: 17-23933
DWAYNE WASHINGTON )
) Chapter: 13
) Honorable David D. Cleary
)
)
Debtor(s) )

## ORDER GRANTING MOTION TO INCUR DEBT

THIS MATTER coming to be heard on the motion of the Debtor, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notice having been given to the parties entitled thereto:

It is hereby ORDERED that:

1) The Debtor is granted leave to enter into a loan with the U.S. Small Business Administration with the following terms: loan amount of $153,000.00; repayment term of 30 years; an interest rate of 3.75%, and month payments in the amount of $768.00 per month.

Enter: *David D. Cleary*

Honorable David D. Cleary
Dated: October 18, 2021    United States Bankruptcy Judge

**Prepared by:**

Robert C. Bansfield Jr. ARDC #6329415
David M. Siegel & Assoc., LLC
790 Chaddick Drive
Wheeling, IL 60090
(847) 520-8100
rbansfield@davidmsiegel.com